# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KOREBA, KENNETH C                    § Case No. 12-80786
                                            §
                                            §
Debtor(s)                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/29/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/05/2014          By:  /s/BERNARD J. NATALE
                                                                                   Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KOREBA, KENNETH C                                            § Case No. 12-80786
                                                                    §
                                                                    §
Debtor(s)                                                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 82,650.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 82,640.00 |
| **Balance on hand:** | $ 82,640.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 82,640.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 7,382.50 | 0.00 | 7,382.50 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 7,680.50 | 0.00 | 7,680.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 105.14 | 0.00 | 105.14 |

Total to be paid for chapter 7 administration expenses:   $ 15,168.14
Remaining balance:   $ 67,471.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 67,471.86 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 67,471.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,571,816.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FirstMerit Bank NA | 1,571,816.57 | 0.00 | 67,471.86 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 67,471.86 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kenneth C Koreba  
    Debtor

Case No. 12-80786-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: kkrystave     Page 1 of 2     Date Rcvd: Aug 15, 2014  
                     Form ID: pdf006     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2014.

```
db            +Kenneth C Koreba,    2841 Brahms Lane,    Woodstock, IL 60098-8062
18571587      +Alpine Bank & Trust Co,    PO Box 6086,    Rockford, IL 61125-1086
18571588      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18571591      +CHS Enterprises, LLC,    3924 N. Lincoln Ave.,    Chicago, IL 60613-2418
18571589      +Camp Investments LLC,    4005 Kane Avenue,    McHenry, IL 60050-6305
18571590      +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
18571592      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
18571593      +Concept Development Partners aka,    SD Olympus II, LLC,    3431 W. Elm St.,
                McHenry, IL 60050-4466
18571594      +Concept Development, LLC,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571595      +Concept Properties, LLC,    4005 Kane Avenue,    McHenry, IL 60050-6305
18571596      +First Merit Bank,    501 North Ave,    Melrose Park, IL 60160-1628
18571597       Gary and Susan Schleicher,    1443 Trinity Court,    Woodstock, IL 60098
18571599      +Henry R. Retek,    PO Box 159,    McHenry, IL 60051-9002
18571600      +Home State Bank,    40 Grant Street,    Crystal Lake, IL 60014-4367
18571602      +JS Olympus II, LLC,    c/o James Schaid,    4005 Kane Ave.,    McHenry, IL 60050-6305
18571601      +James Schaid,    4005 Kane Ave,,    McHenry, IL 60050-6305
18571604      +KK Olympus II, LLC,    c/o Ken Koreba,    2841 Brahms Ln.,    Woodstock, IL 60098-8062
18571603      +Karen Koreba,    2841 Brahms Ln,    Woodstock, IL 60098-8062
18571606      +Lalor Investments LLC,    c/o Samuel Diamond,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571605      +Lalor Investments LLC,    4005 Kane Avenue,    McHenry, IL 60050-6305
18571607      +Larken Investment Group,    485 E. Half Day Rd.,    Buffalo Grove, IL 60089-8806
18571608      +Larry Adler,    Weltman Bernfield LLC,    485 E. Half Day Road,    Buffalo Grove, IL 60089-8810
18571609      +McAndrews Investments, LLC,    4005 Kane Avenue,    McHenry, IL 60050-6305
18571610      +Newport Investments A, LLC,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571611      +Olympus II LLC,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571612      +Olympus Investments I, LLC,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571613      +Patrick Morehead,    338 Memorial Dr.,    Ste. 100,    Crystal Lake, IL 60014-6262
18571614      +Patrick O. Morehead,    338 Memorial Dr.,    Ste. 100,    Crystal Lake, IL 60014-6262
18571617      +RY Olympus II,    c/o Robert Young,    2207 Aspen Dr.,    Woodstock, IL 60098-6907
18571615      +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
18571616      +Robert Young,    2207 Aspen Dr.,    Woodstock, IL 60098-6907
18571618      +Samuel J. Diamond,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571619      +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18571621      +State Bank of Wonder Lake,    7526 Hancock Dr.,    Wonder Lake, IL 60097-9301
18571622      +Thomas Investments I, LLC,    c/o Samuel Diamond,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571623      +Thomas Investments II, LLC,    c/o Samuel Diamond,    3431 W. Elm St.,    McHenry, IL 60050-4466
18571624     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
18571625       Williams McCarthy LLP,    120 W. State St., 4th Floor,    PO Box 219,    Rockford, IL 61105-0219
18571626      +Zukowski, Rogers, Flood & McArdle,    50 Virginia Street,    Crystal Lake, IL 60014-4126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18571620      +E-mail/Text: sconrad@thestatebankgroup.com Aug 16 2014 00:12:42     State Bank,    7526 Hancock Dr,
                Wonder Lake, IL 60097-9301
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18626105     ##+FirstMerit Bank NA,    % Ginsberg Jacobs LLC,    Attn Jeffrey E Altshul,
                300 S Wacker Dr  Ste 2450,    Chicago, Il 60606-6700
18571598     ##+Ginsberg Jacobs LLC,    300 S. Wacker Dr., Ste. 2450,    Chicago, IL 60606-6700
                                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2014                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Aug 15, 2014
                              Form ID: pdf006              Total Noticed: 40
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2014 at the address(es) listed below:
              Bernard J Natale     natalelaw@bjnatalelaw.com,   IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Jeffrey E Altshul    on behalf of Creditor    FirstMerit Bank NA jaltshul@ginsbergjacobs.com
              Keara  Roethke    on behalf of Creditor    FirstMerit Bank NA kroethke@ginsbergjacobs.com,
               swoods@ginsbergjacobs.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
              Steven J Brody    on behalf of Debtor Kenneth C Koreba steve@sjbrodylaw.com,
               heather@sjbrodylaw.com
              Thomas M Lombardo    on behalf of Creditor    FirstMerit Bank NA tlombardo@dimontelaw.com
                                                                                             TOTAL: 9
```