**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KOREBA, KENNETH C    § Case No. 12-80786-MB
                            §
                            §
Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $81,075.00                Assets Exempt: $79,875.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $67,471.86     Claims Discharged
                                                 Without Payment: $8,511,863.90

Total Expenses of Administration: $15,178.14

---

   3) Total gross receipts of $    82,650.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $82,650.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $346,568.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,178.14 | 15,178.14 | 15,178.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,744,349.24 | 1,571,816.57 | 1,571,816.57 | 67,471.86 |
| **TOTAL DISBURSEMENTS** | $9,090,917.24 | $1,586,994.71 | $1,586,994.71 | $82,650.00 |

4) This case was originally filed under Chapter 7 on March 05, 2012. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2014          By: /s/BERNARD J. NATALE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Global Settlement | 1229-000 | 82,650.00 |
| **TOTAL GROSS RECEIPTS** | | **$82,650.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage Inc | 4110-000 | 153,898.00 | N/A | N/A | 0.00 |
| NOTFILED | State Bank of Wonder Lake | 4110-000 | 46,500.00 | N/A | N/A | 0.00 |
| NOTFILED | CHS Enterprises, LLC | 4110-000 | 105,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbna | 4110-000 | 41,170.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$346,568.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 7,680.50 | 7,680.50 | 7,680.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 7,382.50 | 7,382.50 | 7,382.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 105.14 | 105.14 | 105.14 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,178.14 | $15,178.14 | $15,178.14 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FirstMerit Bank NA | 7100-000 | 1,736,830.05 | 1,571,816.57 | 1,571,816.57 | 67,471.86 |
| NOTFILED | Robert Young | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rnb-Fields3 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Samuel J. Diamond | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Patrick Morehead | 7100-000 | 475,000.00 | N/A | N/A | 0.00 |
| NOTFILED | State Bank | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | James Schaid | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/Na Nd | 7100-000 | 13,179.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/Na Nd | 7100-000 | 4,680.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 1,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 1,038,236.00 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 288,595.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Henry R. Retek | 7100-000 | 700,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | 1,792,659.96 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 1,679.00 | N/A | N/A | 0.00 |
| NOTFILED | Henry R. Retek | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 355,414.54 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 123,533.34 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 463,302.35 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 1,500,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$8,744,349.24** | **$1,571,816.57** | **$1,571,816.57** | **$67,471.86** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80786-MB  
**Case Name:** KOREBA, KENNETH C  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/05/12 (f)  
**§341(a) Meeting Date:** 04/16/12  

**Period Ending:** 11/26/14  
**Claims Bar Date:** 08/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3598 Cormorant Circle, Southport, NC 28461 3 br | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Harris Bank Checking | 100.00 | 0.00 | | 0.00 | FA |
| 4 | The State Bank Group Checking | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Gary and Susan Schliecher (landlord) 14431 Trini | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 6 | Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Ring | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Watch | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Golf Clubs | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Prudential Term Essential Insurance Policy Term | 0.00 | 0.00 | | 0.00 | FA |
| 12 | IRA Charles Schwab | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Realtor - Independent contractor with Remax Plaz | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 18.75% Membership Interest Camp Investments, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 25% Membership Interest in Concept Properties, L | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 25% Membership Interest in McAndrews Investments | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 18.75% Membership Interest in Newport Investment | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 18.75% Membership Interest in NIPG Development I | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 18.75% Membership Interest in Olympus II, LLC Mc | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 100% Membership Interest in KK Olympus II, LLC M | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 25% Membership Interest in Concept Development P | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 25% Membership Interest in Lalor Investments, LL | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 50% membership interest in Larken Investment Gro | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Mortgage<br>2908 E. Lake Shore Dr., Wonder Lake, IL  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Mortgage<br>3009 Walnut Dr., Wonder Lake, IL, Debt<br>    (u) | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80786-MB  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** KOREBA, KENNETH C  **Filed (f) or Converted (c):** 03/05/12 (f)
 **§341(a) Meeting Date:** 04/16/12
**Period Ending:** 11/26/14  **Claims Bar Date:** 08/02/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 26 | Life Insurance Proceeds -- On May 23, 2012, the (u) | 75,000.00 | 0.00 | | 0.00 | FA |
| 27 | Global Settlement (u) | 0.00 | 82,650.00 | | 82,650.00 | FA |
| 27 | **Assets  Totals** (Excluding unknown values) | **$81,075.00** | **$83,850.00** | | **$82,650.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FRAUDULENT CONVEYANCE SETTLED.  TRUSTEE WAITING AND MONITORING COLLETION OF SETTLEMENT PER TERMS. DEENDANT FAILED TO PERFORM TO DATE  TRUSTEE DEMANDS FOR RESOLUTION PENDING

**Initial Projected Date Of Final Report (TFR):**     July 1, 2014     **Current Projected Date Of Final Report (TFR):**     August 14, 2014  (Actual)

Printed: 11/26/2014 04:12 PM     V.13.20

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-80786-MB  
**Case Name:** KOREBA, KENNETH C

**Taxpayer ID #:** **-***6614  
**Period Ending:** 11/26/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/14 | {27} | The State Bank Group - Karen Lavin | Pymt on Settlement | 1229-000 | 82,650.00 | | 82,650.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 82,640.00 |
| 09/29/14 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $7,382.50, Trustee Compensation; Reference: | 2100-000 | | 7,382.50 | 75,257.50 |
| 09/29/14 | 102 | FirstMerit Bank NA | Distribution paid 4.29% on $1,571,816.57; Claim# 1; Filed: $1,571,816.57; Reference: | 7100-000 | | 67,471.86 | 7,785.64 |
| 09/29/14 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXPENSE | | | 7,785.64 | 0.00 |
| | | | Dividend paid 100.00% 7,680.50 on $7,680.50; Claim# ATTY; Filed: $7,680.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 105.14 on $105.14; Claim# EXPENSE; Filed: $105.14 | 3120-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 82,650.00 | 82,650.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 82,650.00 | 82,650.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$82,650.00** | **$82,650.00** | |

Net Receipts : 82,650.00  
Net Estate : $82,650.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 82,650.00 | 82,650.00 | 0.00 |
| | $82,650.00 | $82,650.00 | $0.00 |

{} Asset reference(s)